

FILED
FEB 25 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>One (1) Maroon Chevrolet 1500 Pickup Truck bearing Montana tag BLJ264 and VIN 2GCEK19T2X1206535 | MJ 19-1-H-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of February, 2020

Kathleen L. DeSoto
United States Magistrate Judge

1